**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 11, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00112-CV

_____

**SCZ RESOURCES, LLC, Appellant**

**V.**

**MULTIPLEX RESOURCES, INC., BRANDON L. GUILES, AND BLUEROCK ENERGY CAPITAL II, LLC, Appellees**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-38802**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 13, 2018. On February 26, 2018, this court abated this appeal to allow the parties to complete settlement negotiations. On April 5, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The appeal is reinstated, and the motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Hassan, and Poissant.